Order entered July 8, 2015.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00113-CV

**RICHARD A. MYERS AND THOMAS J. WOUTERS, Appellants**

**V.**

**HCB REAL HOLDINGS, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02904**

## ORDER

The appellants' motion for rehearing is hereby DENIED.


　　　　　　　　　　　　　　　/s/　　　DAVID EVANS
　　　　　　　　　　　　　　　　　　　JUSTICE